**ROBERT H. STELLWAGEN, JR., ESQ.  STATE BAR NO. 150560**
**HOWARD J. FRANCO, JR. (STATE BAR NO.: 115625)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  rstellwagen@ccmslaw.com**
**Email: hfranco@ccmslaw.com**

Attorneys for Counter-Defendant
WES BRADFORD INSURANCE SALES, INC., dba CLIFFORD & BRADFORD INSURANCE AGENCY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> PETROL TRANSPORT, INC.; GOLDEN VALLEY TRANSFER, INC. and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. 2:20-cv-07371-SVW-KS <br> *[Assigned to the Hon. Stephen V. Wilson in Courtroom 10A]* <br><br> **STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL AND (PROPOSED) ORDER** <br><br> **Complaint Filed:     08/14/2020** <br><br> **Status Conference: 01/04/2021** <br><br> **Trial Date:          None** |
| PETROL TRANSPORT, INC.; GOLDEN VALLEY TRANSFER, INC. <br><br> Counter-Complainants, <br><br> vs. | |

*FILE #22546*

1

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

|   |   |
|---|---|
| 1 | GENERAL STAR INDEMNITY ) |
| 2 | COMPANY; WES BRADFORD ) |
|   | INSURANCE SALES, INC., dba. ) |
| 3 | CLIFFORD & BRADFORD ) |
| 4 | INSURANCE AGENCY; AMWINS ) |
|   | GROUP. INC., dba AMWINS ) |
| 5 | BROKERAGE OF TEXAS, INC., ) |
| 6 | and DOES 1 THROUGH 10, inclusive, ) |
|   | ) |
| 7 |          Counter-Defendants.     ) |

Come now the parties to this Stipulation for Settlement, Retention of Jurisdiction and Dismissal, Plaintiff General Star Indemnity Company by and through their counsel of record Lewis Brisbois Bisgaard & Smith, LLP and Rebecca R. Weinrich and Roger S. Raphael; Defendants and Counterclaimants Petrol Transport, Inc., Golden Valley Transfer, Inc. by and through their counsel of record, Pollak, Vida & Barer, LLP and Scott Vida and Anna Birenbaum; Cross-Defendant Wes Bradford Insurance Sales, Inc, dba Clifford and Bradford Insurance Agency by and through their counsel of record Collins Collins Muir + Stewart, LLP and Robert H. Stellwagen, Jr., and Howard Franco, Jr..; Cross-Defendant AmWINS Brokerage of Texas, Inc. aka AmWINS Brokerage of Texas Insurance Services by and through their counsel of record Jones Bell LLP and Kevin K. Fitzgerald to hereby Stipulate for Settlement, Retention of Jurisdiction and Order of Dismissal as follows:

1. This action was filed by Plaintiff General Star Indemnity Company on August 14, 2020 (Document 1);

*FILE #22546*

2

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

2. Defendants Petrol Transport, Inc. and Golden Valley Transfer, Inc., filed an Answer to the Complaint on October 26, 2020 (Document 14);

3. Defendants and Counterclaimants Petrol Transport, Inc. and Golden Valley Transfer, Inc., filed a Counterclaim as against General Star Indemnity Company, Wes Bradford Insurance Sales, Inc., dba Clifford and Bradford Insurance Agency and AmWINS Brokerage of Texas, Inc. on October 26, 2020 (Document 14-1);

4. The Court entered an Order scheduling a Status Conference for January 4, 2021 (Document 17);

5. On December 8, 2020, the parties participated in Mediation with Bruce Friedman, Esq., at Judicial Arbitration and Mediation Services (JAMS);

6. On December 18, 2020, Mediator Friedman confirmed a confidential settlement;

7. The parties entered into a separate Mutual Release on December 23, 2020;

8. The parties respectfully request that the Court retain jurisdiction to enforce the Mutual Release pursuant to its terms;

9. The parties request that the Court dismiss this case, with prejudice, reserving jurisdiction to enforce the Mutual Release.

///

///

*FILE #22546*

3

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

The parties voluntarily agree to and request this Stipulation and Request for Entry of Order as follows:

Dated: December 28, 2020   LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____/s/ Roger S. Raphael_____
Attorneys for Plaintiff General Star Indemnity Company

Dated: December 28, 2020   POLLAK, VIDA & BARER, LLP

By: _____/s/ Scott Vida_____
Attorneys for Defendant Petrol Transport, Inc. and Golden Valley Transfer, Inc.

Dated: December 28, 2020   COLLINS COLLINS MUIR + STEWART, LLP

By: _____/s/ Howard J. Franco, Jr._____
Attorneys for Cross-Defendant Wes Bradford Insurance Services, Inc., dba Clifford and Bradford Insurance Agency

Dated: December 28, 2020   JONES BELL, LLP

By: _____/s/ Kevin K. Fitzgerald_____
Attorneys for Cross-Defendant AmWINS Brokerage of Texas, Inc., aka AmWINS Brokerage of Texas Insurance Services

*FILE #22546*

4

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone ((626) 243-1100
Fax    ((626) 243-1111

# ORDER

Upon Stipulation of the Parties and **WITH GOOD CAUSE,**

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court retains jurisdiction to enforce the Mutual Release described in this Stipulation and,

2. Pursuant to the settlement, this case including the Complaint and Counterclaim are hereby dismissed with prejudice.

Dated: _____           _____
                                                Stephen V. Wilson, Judge
                                                United States District Court
                                                Central District of California

*FILE #22546*

5

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

# PROOF OF SERVICE
### (CCP §§ 1013(a) and 2015.5; FRCP 5)

State of California,      )
                          ) ss.
County of San Diego.      )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 2011 Palomar Airport Rd., Suite 207, Carlsbad, California 92011.

On this date, I served the foregoing document described as **STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL AND (PROPOSED) ORDER** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Carlsbad, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Carlsbad, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List on:     December 28, 2020     (Date)

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (760) 274-2111 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on December 28, 2020 at Carlsbad, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
TAYLER ALFIERS
talfiers@ccmslaw.com

*FILE #22546*

6

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone ((626) 243-1100
Fax    ((626) 243-1111

**General Star Indemnity Company v. Petrol Transport, Inc. et al**
**USDC – Central District (Western Division)**
**Case No.: 2:20-cv-07371-SVW-KS**
**CCM+S File No.: 22546**

### SERVICE LIST

| | |
|---|---|
| Roger S Raphael, Esq.<br>Rebecca R Weinreich, Esq.<br>LEWIS BRISBOIS BISGAARD AND SMITH LLP<br>333 Bush Street Suite 1100<br>San Francisco, CA 94104<br>roger.raphael@lewisbrisbois.com<br>rebecca.weinreich@lewisbrisbois.com<br>**ATTORNEYS FOR PLAINTIFF / COUNTER DEFENDANT, GENERAL STAR INDEMNITY COMPANY** | Scott J. Vida, Esq.<br>Anna L Birenbaum, Esq.<br>POLLAK VIDA & BARER<br>11500 West Olympic Boulevard, Suite 400<br>Los Angeles, CA 90064-1815<br>scott@pollakvida.com<br>anna@pollakvida.com<br>**ATTORNEYS FOR DEFENDANT / COUNTER CLAIMANT, PETROL TRANSPORT, INC. AND GOLDEN VALLEY TRANSFER, INC.** |
| Kevin K. Fitzgerald<br>JONES BELL ABBOTT, LLP<br>601 South Figueroa Street, Suite 3460<br>Los Angeles, CA. 90017-5759<br>kkfitzgerald@jonesbell.com<br>**ATTORNEYS FOR AmWINS BROKERAGE OF TEXAS, INC.** | |

*FILE #22546*

**STIPULATION FOR SETTLEMENT, RETENTION OF JURISDICTION AND DISMISSAL**

COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone ((626) 243-1100
Fax    ((626) 243-1111